1  Walter T. Clark (SBN 53303)
2  Dan C. Bolton (SBN 104236)
   WALTER CLARK LEGAL GROUP
   A Professional Corporation
3  76-861 Highway 111
   Rancho Mirage, CA  92270
4  Tel: (760) 862-9254
   Fax: (760) 862-1121
5
   Attorneys for Plaintiffs
6  Daniel Brown and Rebekah Brown

7

8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

10

11 DANIEL BROWN, an individual;    ) Case No.
   REBEKAH BROWN, an individual;   )
12                                 ) **PLAINTIFFS' COMPLAINT FOR**
           Plaintiffs,             ) **DAMAGES**
13                                 )
           v.                      ) 1. **GENERAL NEGLIGENCE**
14                                 )    **OF FEDERAL**
   UNITED STATES OF AMERICA, a     )    **GOVERNMENT**
15 governmental entity; HARRY      )    **EMPLOYEE (AND**
   ALSTON, an individual;          )    **NEGLIGENCE PER SE);**
16                                 ) 2. **NEGLIGENT**
           Defendants.             )    **ENTRUSTMENT;**
17                                 ) 3. **NEGLIGENT HIRING**
                                   )    **TRAINING, SUPERVISION**
18                                 )    **AND/OR RETENTION OF**
                                   )    **EMPLOYEE;**
19                                 ) 4. **LOSS OF CONSORTIUM.**
                                   )
20                                 )
                                   )
21 _____ )

22        COMES NOW PLAINTIFFS DANIEL BROWN and REBEKAH BROWN,

23 who are filing this Complaint against Defendants, UNITED STATES OF AMERICA,

24 a governmental entity, HARRY ALSTON, an individual.   Plaintiffs allege on

25 information and belief the following:

26        1.    On March 3, 2023, Harry Alston ("Alston"), negligently, carelessly,

27 recklessly, and unlawfully drove a 2021 Chevrolet, California license plate number

28 G434112X, owned by the United States General Services Administration ("GSA"), a

---

1  federal agency of Defendant United States of America, in violation of California
2  *Vehicle Code* §21703, so as to fail to stop and cause a rear-end collision with Plaintiffs
3  and causing Plaintiffs to sustain injuries therefrom.

4  <u>**PARTIES, JURISDICTION AND VENUE**</u>

5      2.      Plaintiff DANIEL BROWN (hereinafter referred to as "DANIEL") is an
6  individual residing in Ontario, County of San Bernardino, State of California.

7      3.      Plaintiff REBEKAH BROWN (hereinafter referred to as "REBEKAH")
8  is an individual residing in Ontario, County of San Bernardino, State of California.

9      4.      Defendant UNITED STATES OF AMERICA ("USA") is a federal
10  governmental entity.  Upon information and belief, its headquarters is in Washington
11  D.C.

12      5.      Defendant HARRY ALSTON, an individual, is, and at all times
13  mentioned in this complaint was, a resident of Riverside County, California.

14      6.      All Defendants are subject to the jurisdiction and venue of this Court.

15      7.      Plaintiffs bring their causes of action against Defendants under 28 USC
16  §§2671, 2672, 2674, 2675 and 28 CFR 14.1 through 14.11.

17      8.      Plaintiffs were required to and did comply with the Federal Tort Claims
18  Act by initially filing a claim for damages with the Department of Veterans Affairs.
19  On or about, September 5, 2023, Plaintiffs filed claims for their injuries and damages
20  with the Department of Veterans Affairs.

21      9.      On September 16, 2023, Plaintiffs received a denial of their claims.  The
22  claims are therefore deemed denied.  This action is timely commenced.

23  <u>**COMMON ALLEGATIONS**</u>

24      10.      At all relevant times, DANIEL was driving a 2022 Kia Niro, California
25  license number 9BOV125.

26      11.      At all relevant times, Defendant ALSTON was driving a 2021 Chevrolet,
27  California license plate number G434112X.

28

PLAINTIFFS'COMPLAINT FOR DAMAGES

12.    Plaintiffs are informed and believe, and on such information and belief, allege that at all times and places herein mentioned, Defendant USA was the owner, maintainer, and controller of the aforementioned 2021 Chevrolet, California license plate number G434112X.

13.    At all times mentioned herein, Defendant USA employed Defendant ALSTON.

14.    On or about March 3, 2023, Plaintiff DANIEL was driving westbound on Barton Road, approaching Campus Avenue, in the aforementioned 2022 Kia Niro.

15.    At said time and place, in the scope of his employment, Defendant ALSTON was driving behind Plaintiffs westbound on Barton Road, in a negligent and reckless manner, and in violation of California *Vehicle Code* §21793, so as to follow another vehicle more closely than is reasonable and prudent and cause a rear-end collision with Plaintiffs.

## **FIRST CAUSE OF ACTION**

[General Negligence & Negligence Per Se of Federal Agency Employee]

16.    As and for a separate and distinct cause of action, Plaintiffs allege against Defendants USA, and ALSTON:

17.    Plaintiffs incorporate by reference the allegations contained in all preceding paragraphs, and each and every part thereof with the same force and effect as though set out at length herein.  At all times herein mentioned, Defendants, and each of them, owed a duty of due care to Plaintiffs to act in a reasonable, prudent, and careful manner in the entrustment, ownership, operation, maintenance, and control of the vehicle which they owned and/or operated so as to avoid causing harm or creating a foreseeable risk of harm to others, including Plaintiffs.

18.    On or about March 3, 2023, Plaintiff DANIEL was driving in a careful and prudent manner in the aforementioned 2022 Kia Niro.

19.    At said time and place, Defendant ALSTON was driving in a negligent and reckless manner on westbound on Barton Road, so as to cause a collision with Plaintiffs.

20.    Defendants and each of them, so negligently and carelessly entrusted, owned, operated, maintained and controlled the subject vehicle so as to cause significant personal injuries and damages to Plaintiffs.

21.    Defendant ALSTON was within the course and scope of his employment with the Department of Veterans Affairs, a federal agency of Defendant United States of America, and he was driving a 2021 Chevrolet, bearing California license number G434112X, owned and entrusted by the General Services Administration, a federal agency of Defendant United States of America, when he negligently, carelessly, recklessly, and unlawfully operated, maintained, managed, and controlled the subject vehicle causing the subject incident with Plaintiffs' 2022 Kia Niro.

22.    At the time of the incident, Defendant ALSTON violated California Vehicle Code §21703 – The driver of a motor vehicle shall not follow another vehicle more closely than is reasonable and prudent, having due regard for the speed of such vehicle and the traffic upon, and the condition of, the roadway.

23.    By reason of said negligence and carelessness of the aforesaid Defendants, and each of them, and as a proximate result thereof, Plaintiffs DANIEL BROWN and REBEKAH BROWN received severe injuries to their bodies.  The injuries received by Plaintiffs have greatly impaired their health, strength and activity and have thereby caused and continue to cause them great mental, physical and nervous pain and suffering and an extreme shock to their nervous systems.  Plaintiffs are informed and believe, and thereon allege, that said injuries will result in some disability to them, all to their damages in an amount according to proof.

24.    As a further, direct and proximate result of the negligence of Defendants, and each of them, as herein alleged, Plaintiffs GREGORY BROWN and REBEKAH BROWN were required to, and did employ, and continue to employ, physicians and

others for medical care of said injuries, and did incur medical and incidental expenses in an amount according to proof. Plaintiffs are informed and thereon allege, that they will incur further medical and incidental expenses for the care and treatment of said injuries, the amount of which is unknown at this time, all to their further damages in an amount according to proof.

25.    As a further, direct and proximate result of the negligence of Defendants, and each of them, as herein alleged, Plaintiffs GREGORY BROWN and REBEKAH BROWN are prevented from performing their usual occupation, or any occupation whatsoever, or has otherwise suffered a reduction in their capacity to work, and as a result has been damaged in an amount according to proof. Plaintiffs are informed and believe and on such information and belief alleges that by reason of said carelessness and negligence of Defendants, and each of them, Plaintiffs will, in the future, be prevented from attending to their usual occupation for an undetermined period of time, or will continue to have a reduced capacity to earn income, all to their further damages in an amount according to proof.

## SECOND CAUSE OF ACTION

### [Negligent Entrustment]

26.    As for a separate and distinct cause of action, Plaintiffs allege against Defendants USA:

27.    Plaintiffs incorporate by reference the allegations contained in all preceding paragraphs, and each and every part thereof with the same force and effect as though set out at length herein.

28.    Defendant ALSTON was negligent in operating the aforementioned 2021 Chevrolet. Defendant USA owned the subject Chevrolet operated by Defendant ALSTON, and had a responsibility to make sure that the operators of their vehicles were fit to drive.

29.    Defendant USA knew, or should have known, that Defendant ALSTON was unfit and/or incompetent to drive the subject Chevrolet. Defendant USA

permitted Defendant ALSTON to drive the subject Chevrolet.  Defendant ALSTON's incompetence and/or unfitness to drive was a substantial factor in causing harm to Plaintiffs.

30.    By reason of said negligence and carelessness of the aforesaid Defendants, and each of them, and as a proximate result thereof, Plaintiffs DANIEL BROWN and REBEKAH BROWN received severe injuries to their bodies.  The injuries received by Plaintiffs have greatly impaired their health, strength and activity and have thereby caused and continue to cause them great mental, physical and nervous pain and suffering and an extreme shock to their nervous systems.  Plaintiffs are informed and believe, and thereon allege, that said injuries will result in some disability to them, all to their damages in an amount according to proof.

31.    As a further, direct and proximate result of the negligence of Defendants, and each of them, as herein alleged, Plaintiffs GREGORY BROWN and REBEKAH BROWN were required to, and did employ, and continue to employ, physicians and others for medical care of said injuries, and did incur medical and incidental expenses in an amount according to proof.  Plaintiffs are informed and thereon allege, that they will incur further medical and incidental expenses for the care and treatment of said injuries, the amount of which is unknown at this time, all to their further damages in an amount according to proof.

32.    As a further, direct and proximate result of the negligence of Defendants, and each of them, as herein alleged, Plaintiffs GREGORY BROWN and REBEKAH BROWN are prevented from performing their usual occupation, or any occupation whatsoever, or has otherwise suffered a reduction in their capacity to work, and as a result has been damaged in an amount according to proof.  Plaintiffs are informed and believe and on such information and belief alleges that by reason of said carelessness and negligence of Defendants, and each of them, Plaintiffs will, in the future, be prevented from attending to their usual occupation for an undetermined period of time,

or will continue to have a reduced capacity to earn income, all to their further damages in an amount according to proof.

### THIRD CAUSE OF ACTION

[Negligent Hiring, Retention, and Supervision of Employee]

33.    As and for a separate and distinct Cause of Action, Plaintiffs allege against Defendants USA:

34.    Plaintiffs incorporate by reference the allegations contained in all preceding paragraphs, and each and every part thereof with the same force and effect as though set out at length herein.

35.    Defendant USA had a duty to Plaintiffs to hire employees who are competent and specifically trained to operate the vehicles owned by Defendant USA in a safe and prudent manner.

36.    Defendant ALSTON was employed by Defendant USA and his employment necessitated the operation of a motor vehicle.  At the time of the subject collision, Defendant ALSTON was working for Defendants USA and was the driver of the subject Chevrolet.

37.    Plaintiffs are informed, believe, and thereon allege, that Defendant ALSTON was unfit and/or incompetent to perform the work for which he was hired, including the operation of a motor vehicle.

38.    Defendant USA knew or should have known that Defendant ALSTON was unfit and/or incompetent and that their unfitness and/or incompetence created a particular risk to any passengers and other drivers on the road.

39.    Plaintiffs are informed and believe, and thereon allege, Defendant ALSTON's unfitness and/or incompetence harmed Plaintiffs.

40.    Plaintiffs are informed and believe, and on such information and belief thereon allege, Defendant USA failed and refused to properly hire, screen, train, and/or supervise their employees to operate the vehicle owned by Defendant USA in a competent manner.

41.    On March 3, 2022, and prior thereto, the Defendant USA negligently hired, supervised, trained and/or retained Defendant ALSTON. Defendant ALSTON was hired, trained, and permitted to drive the Chevrolet. However, Defendant ALSTON was incompetent to perform the work for which he was hired.

42.    The employees and agents of Defendant USA were negligent in hiring, training, supervising, and/or retaining Defendant ALSTON. Said negligence was a substantial factor in causing Plaintiffs' harm.

43.    The USA, its employees, and agents, knew, or should have known, a sufficient time prior to Plaintiffs' injuries, the importance of properly training their employees to avoid an incident such as the one in which Plaintiffs were injured.

44.    Plaintiffs allege that Defendant USA hired Defendant ALSTON, who was unfit and/or incompetent to perform the work for which he was hired. Defendant USA knew or should have known that Defendant ALSTON was unfit and/or incompetent and that his unfitness and/or incompetence created a particular risk to others. Defendant ALSTON's unfitness and/or incompetence harmed Plaintiffs. Defendant USA's negligence in hiring, supervising, training, and/or retaining Defendant ALSTON, was a substantial factor in causing Plaintiffs' harm.

45.    As a direct result Defendant USA's failure, and breached duty, Plaintiffs were injured and suffered damages, and will suffer damages in the future as more fully set forth above.

46.    By reason of said negligence and carelessness of the aforesaid Defendants, and each of them, and as a proximate result thereof, Plaintiffs DANIEL BROWN and REBEKAH BROWN received severe injuries to their bodies. The injuries received by Plaintiffs have greatly impaired their health, strength and activity and have thereby caused and continue to cause them great mental, physical and nervous pain and suffering and an extreme shock to their nervous systems. Plaintiffs are informed and believe, and thereon allege, that said injuries will result in some disability to them, all to their damages in an amount according to proof.

47.   As a further, direct and proximate result of the negligence of Defendants, and each of them, as herein alleged, Plaintiffs GREGORY BROWN and REBEKAH BROWN were required to, and did employ, and continue to employ, physicians and others for medical care of said injuries, and did incur medical and incidental expenses in an amount according to proof.  Plaintiffs are informed and thereon allege, that they will incur further medical and incidental expenses for the care and treatment of said injuries, the amount of which is unknown at this time, all to their further damages in an amount according to proof.

48.   As a further, direct and proximate result of the negligence of Defendants, and each of them, as herein alleged, Plaintiffs GREGORY BROWN and REBEKAH BROWN are prevented from performing their usual occupation, or any occupation whatsoever, or has otherwise suffered a reduction in their capacity to work, and as a result has been damaged in an amount according to proof.  Plaintiffs are informed and believe and on such information and belief alleges that by reason of said carelessness and negligence of Defendants, and each of them, Plaintiffs will, in the future, be prevented from attending to their usual occupation for an undetermined period of time, or will continue to have a reduced capacity to earn income, all to their further damages in an amount according to proof.

## **FOURTH CAUSE OF ACTION**

### [Loss of Consortium]

49.   As and for a separate and distinct cause of action, Plaintiffs allege against Defendants USA and ALSTON:

50.   Plaintiffs incorporate by reference the allegations contained in all preceding paragraphs, and each and every part thereof with the same force and effect as though set out at length herein.

51.   Plaintiffs DANIEL and REBEKAH were, and are, married at all times mentioned herein.

52.    As a substantial and legal result of Defendants' aforementioned conduct and the injuries received by Plaintiff DANIEL, Plaintiff DANIEL has been unable to perform the work, services, and duties as a spouse, and will be unable to perform same in the future.  By reason thereof, Plaintiff REBEKAH has been deprived of, and in the future will be deprived of, the work, services, duties, companionship, care, comfort, society, and consortium of said spouse, all to Plaintiffs' damage in an amount according to proof.

53.    As a substantial and legal result of Defendants' aforementioned conduct and the injuries received by Plaintiff REBEKAH, Plaintiff REBEKAH has been unable to perform the work, services, and duties as a spouse, and will be unable to perform same in the future.  By reason thereof, Plaintiff DANIEL has been deprived of, and in the future will be deprived of, the work, services, duties, companionship, care, comfort, society, and consortium of said spouse, all to Plaintiffs' damage in an amount according to proof.

WHEREFORE, Plaintiffs pray for judgment against all Defendants, and each of them, as follows:

1.  For economic damages in an amount according to proof;

2.  For non-economic damages according to proof;

3.  For interest and prejudgment interest;

4.  Costs of suit herein incurred; and

5.  Such other and further relief as the court may deem proper.

DATED: February 6, 2025               WALTER CLARK LEGAL GROUP

By: _____*Dan C. Bolton*_____
                                      Dan C. Bolton
                                      Attorney for Plaintiffs Daniel
                                      Brown and Rebekah Brown

1

## **DEMAND FOR JURY TRIAL**

2        Plaintiffs, DANIEL BROWN and REBEKAH BROWN hereby demand a trial

3    by Jury.

4

5    DATED: February 6, 2025                    WALTER CLARK LEGAL GROUP

6                                               By:  *Dan C. Bolton*

7                                                    Dan C. Bolton
                                                     Attorney for Plaintiffs Daniel
8                                                    Brown and Rebekah Brown

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' COMPLAINT FOR DAMAGES